

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

COBALT BOATS, LLC,

    Plaintiff,

v.

    Civil No. 2:15cv21-HCM-LRL

BRUNSWICK CORPORATION,

    Defendant.

## VERDICT FORM

### Section No. I – Infringement

**QUESTION NO. 1 – LITERAL INFRINGEMENT OF THE '880 PATENT**

Do you find by a preponderance of the evidence that Defendant Brunswick Corporation has literally infringed any of the Asserted Claims of the '880 patent? (Answer "YES" or "NO" to each Claim).

Claim 4 of the '880 Patent __YES__

Claim 5 of the '880 Patent __NO__

**QUESTION NO. 2 – INFRINGEMENT OF THE '880 PATENT UNDER THE DOCTRINE OF EQUIVALENTS**

Do you find by a preponderance of the evidence that Defendant Brunswick Corporation has infringed under the doctrine of equivalents any of the Asserted Claims of the '880 patent? (Answer "YES" or "NO" to each Claim).

Claim 4 of the '880 Patent __YES__

Claim 5 of the '880 Patent __YES__

Case 2:15-cv-00021-HCM-LRL   Document 338   Filed 06/21/17   Page 2 of 2 PageID# 15517

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

## Section No. II – Willfulness and Damages

*If you answered "NO" for all of the Claims in Questions 1 and 2, then you do not need to consider the question below. Your deliberations are complete.*
*If you answered "YES" for any of the Claims in Questions 1 or 2, then you must respond to the question below.*

### QUESTION NO. 3 – WILLFULNESS

Do you find by a preponderance of the evidence that Brunswick Corporation has willfully infringed any claim of the '880 Patent? (Answer "YES" or "NO" to each Claim).

Claim 4 of the '880 Patent __YES__

Claim 5 of the '880 Patent __YES__

### QUESTION NO. 4 – DAMAGES

*If you answered "NO" for all of the Claims in Questions 1 and 2, then you do not need to consider the question below. Your deliberations are complete.*
*If you answered "YES" for any of the Claims in Questions 1 or 2, then you must respond to the question below.*

What sum of money do you find from a preponderance of the evidence is a reasonable royalty rate to compensate Cobalt for the infringement of the '880 patent? Provide the amount in dollars and cents.

$ __2,500   (x 1076)__

Utilizing the reasonable royalty rate above what amount do you find from a preponderance of the evidence is adequate to compensate Cobalt for the infringement of the '880 patent? Provide the amount in dollars and cents.

$ __2,690,000__

Foreperson: **REDACTED COPY**      Date: __6/21/17__