**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| COBALT BOATS, LLC, | ) |
| | ) |
| *Plaintiff*, | ) |
| v. | ) |
| | )  No.: 2:15-CV-00021-HCM-LRL |
| | ) |
| BRUNSWICK CORPORATION, | ) |
| | ) |
| *Defendant.* | ) |

**COBALT BOATS, LLC'S MOTION FOR ATTORNEYS' FEES**

Plaintiff Cobalt Boats, LLC ("Cobalt"), by counsel, moves the Court for a determination that this case is exceptional pursuant to 35 U.S.C. § 285.  Further, Cobalt moves the Court to award it its reasonable attorneys' fees, which are set forth in the corresponding memorandum in support and associated exhibits.  In support of this Motion, Cobalt incorporates by reference the supporting memorandum filed contemporaneously herewith.

Date:  July 21, 2017                          Respectfully submitted,

                                                    **COBALT BOATS, LLC**

                                                  By:  */s/ Robert A. Angle*
                                                  Robert A. Angle (VSB No. 37691)
                                                  TROUTMAN SANDERS LLP
                                                  1001 Haxall Point
                                                  Richmond, Virginia  23219
                                                  (804) 697-1200 (telephone)
                                                  (804) 697-1339 (facsimile)
                                                  robert.angle@troutmansanders.com

David M. Gettings (VSB No. 80394)
TROUTMAN SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, Virginia 23462
Telephone No.: (757) 687-7747
Facsimile No.: (757) 687-1545
david.getttings@troutmansanders.com

STINSON LEONARD STREET LLP
B. Scott Eidson (*pro hac vice*)
Samir R. Mehta (*pro hac vice*)
7700 Forsyth Boulevard, Suite 1100
Saint Louis, Missouri 63105
(314) 863-0800 (telephone)
(314) 259-3924 (facsimile)
scott.eidson@stinson.com
samir.mehta@stinson.com

Penny R. Slicer (*pro hac vice*)
Colin W. Turner (*pro hac vice*)
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
(816) 842-8600 (telephone)
(816) 691-3495 (facsimile)
penny.slicer@stinson.com
colin.turner@stinson.com

*Attorneys for the Plaintiff Cobalt Boats, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July, 2017, a copy of the foregoing was filed via the CM/ECF system which shall send electronic notification of such filing to all counsel of record.

                                          */s/ Robert A. Angle*
                                          Robert A. Angle (VSB No. 37691)
                                          TROUTMAN SANDERS LLP
                                          1001 Haxall Point
                                          Richmond, Virginia 23219
                                          (804) 697-1200 (telephone)
                                          (804) 697-1339 (facsimile)
                                          robert.angle@troutmansanders.com